Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Western District of Pennsylvania

Civil Division

|  |  |  |
|---|---|---|
| Michael Anthony Guerriero | ) | Case No. 2:25cv1397 |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | RECEIVED |
| | ) | |
| | ) | SEP 12 2025 |
| | ) | |
| See attached | ) | CLERK, U.S. DISTRICT COURT |
| _Defendant(s)_ | ) | FOR THE WESTERN DISTRICT |
| *(Write the full name of each defendant who is being sued. If the* | ) | OF PENNSYLVANIA |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Beau Sneddon,

Jennifer Passarelli,

Justin Baptiste,

Tyler Wingrove,

Winters,

Tracey,

Michael Waltmire,

Scuillo,

Reiser,

Samuel Collins,

Tyler Sager,

Brenda DeNinno,

Staci Rutan,

Monica McCube,

Brenda Bash,

Maria Depew,

Heather Miller;

Kenny,

Butler County Prison,

PrimeCare Medical Inc.,

      Defendants.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Anthony Guerriero |
| All other names by which you have been known: | |
| ID Number | QQ1192 |
| Current Institution | SCI Greene |
| Address | 175 Progress Drive |
| | Waynesburg        PA        15370 |
| | *City              State        Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Beau Sneddon |
| Job or Title *(if known)* | Warden |
| Shield Number | |
| Employer | Butler County Prison |
| Address | 202 S. Washington St. |
| | Butler        PA        16001 |
| | *City          State        Zip Code* |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Jennifer Passarelli |
| Job or Title *(if known)* | Deputy Warden |
| Shield Number | |
| Employer | Butler County Prison |
| Address | 202 S. Washington St. |
| | Butler        PA        16001 |
| | *City          State        Zip Code* |

☒ Individual capacity    ☒ Official capacity

Defendant No. 3

    Name                 Justin Baptiste

    Job or Title *(if known)*    Major

    Shield Number

    Employer           Butler County Prison

    Address             202 S. Washington St.

                     Butler         PA     16001

                              *City*           *State*      *Zip Code*

                     ☒ Individual capacity     ☒ Official capacity

Defendant No. 4

    Name                 Tyler Wingrove

    Job or Title *(if known)*    Captain

    Shield Number

    Employer           Butler County Prison

    Address             202 S. Washington St.

                     Butler         PA     16001

                              *City*           *State*      *Zip Code*

                     ☒ Individual capacity     ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

       ☐ Federal officials (a *Bivens* claim)

       ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Medical Negligence, Deliberate Indifference, Medical Malpractice, Equal Rights, Professional Code of Ethics, ~~Eigth~~ Eighth Amendment, Fourteenth Amendment, cruel and unusual punishment.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5
Mr. Winters
Captain
Butler County Prison
202 S. Washington St.
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity


Defendant No. 6
Mr. Tracey
Captain
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity


Defendant No. 7
Michael Waltmire
Sergenat
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 8
Mr. Scuillo.
Correctional Officer
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 9
Mr. Reiser
Correctional Officer
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 10
Samuel Collins
Correctional Officer
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity.

Defendant No. 11
Tyler Sager
Correctional Officer
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 12
Brenda DeNinno
Administrative Assistant
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 13
Staci Rutan
HSA
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 14
Monica McCube
LPN
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 15
Brenda Bash
LPN
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 16
Maria Depew
RN
Butler County Prison
202 S. Washington St
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 17
Heather Miller
RN
Butler County Prison
202 S. Washington St.
Butler, PA 16001
☒ Individual capacity  ☒ Official capacity

Defendant No. 18
Kenny
RN
Butler County Prison
202 S. Washington St.
Butler, PA 16001
☒ Individual capacity  ☒ Official Capacity

Defendant No. 19
Butler County Prison
202 S. Washington St.
Butler, PA 16001
☒ Official capacity

Defendant No. 20
PrimeCare Medical Inc.
Unknown Address
☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendants LPN Monica McCube, LPN Brenda Bash, Administrative Assistant Brenda DeNinno, HSA Staci Ruban, RN Maria Depew, RN Heather Miller, RN Kenny, and PrimeCare Medical Inc. in an unprofessional manner ignored the Plaintiff's professional clinic about reducing the methydone that Plaintiff was taking. See attached 1 of 2

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose. Butler County Prison, 202 S. Washington St., Butler, Pennsylvania 16001 March 2023 throughout January 2024

II. Basis for Jurisdiction -- CON'T

D. -- CON'T

Defendants Warden Beau Sneddon, Deputy Warden Jennifer Passarelli, Major Justin Baptiste, Captain Tyler Wingrove, Captain Winters, Captain Tracey, Sergenat Michael Waltmire, Correctional Officer Scuillo, Correctional Officer Reiser, Correctional Officer Samuel Collins, Correctional Officer Tyler Sager, and Butler County Prison in an unprofessional manner, created a cruel and unusual punishment environment for the Plaintiff.

Defendants Warden Beau Sneddon, Deputy Warden Jennifer Passarelli, Administrative Assistant Brenda DeNinno, and HSA Staci Rutan failed to supervise the employees directly beneath them and failed to help Plaintiff in his attempts to fight the grievance system and health system.

Page 2 of 2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

March 2023 throughout January 2024 between 4 o'clock A.M. to 6 o'clock A.M. and 9:30 A.M. to 10:00 A.M.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was a M.A.T. Inmate at the Butler County Prison, every day about or around 9:30 A.M. to 10:00 A.M. all MAT Inmates must be taken to intake and one at a time be taken into a 10x8 room with a Correctional Officer to be stripted down and searched before be taken to the medical floor for MAT Meds. All the MAT Inmates had to sit in a chair and a barber's tarp was placed on us. The nurse would tell us to sit with our hands on ~~your~~ our laps under the barber's tarp. The nurse went around without gloves on, taking a wooden stick and ran it around inside our mouths to make sure nothing was in our mouths See attached 1 of 4

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Plaintiff suffered a Stroke due to the direct withdraw from switching to the sublacade shot from Methydone, No medical treatment received. Defendant Correctional Officer Reiser forced two fingers into Plaintiff's anus during a Strip search causing blood in Plaintiff's stole for 2 weeks and having other problems when using the restroom, No medical treatment received. Plaintiff also suffered mental abuse by all Defendants named in I. The Parties to this Complaint, B. The Defendant(s) Nos. 1 through 20.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff prays that the court will Award him $350,000 dollars from each Defendant for Medical Negligence, deliberate indifference, medical malpractice and $375,000 dollars from each Defendant in their Individual Capacity and Official Capacity for punitive reasons and in an unprofessional manner, Equal Rights, Professional Code of Ethics, Eighth and Fourteenth Amendment, cruel and unusual punishment.

IV. Statement of Claim -- CON'T

D. -- CON'T

Officers and Butler County Prison employees involved are Warden Beau Sneddon, Deputy Warden Jennifer Passarelli, Major Justin Baptiste, Captain Tyler Wingrove, Captain Winters, Captain Tracey, Sergenat Michael Waltmire, Correctional Officer Scullo, Correctional Officer Reiser, Correctional Officer Samuel Collins, and Correctional Officer Tyler Sager. Warden Beau Sneddon failed to supervise the employees directly beneath him and failed to help me in my attempts to fight the grievance system. Butler County Prison failed to supervise the employees directly beneath them and failed to help me in my abuse. PrimeCare Medical Inc. failed to supervise the employees directly beneath them and failed to help me in my attempts to fight the medical department at Butler County Prison. Administrative Assistant Brenda DeNinno and HSA Staci Rutan failed to supervise the medical employees directly beneath them and failed to help me in my attempts to fight the medical department at Butler County Prison. Deputy Warden Jennifer Passarelli failed to supervise the employees directly beneath her and failed to help me in my attempts to fight the grievance system.

Pages 4 of 4

IV. Statement of Claim -- CON'T

D. -- CON'T

me and about me to the Correctional Officers. and the nurse RN Kenny in an unprofessional manner said to me "man up, you was dope sick before, you're acting like a little girl. The girls in this prison are more of a man than you will ever be." ~~That~~ The nurses and Correctional Officers that was involved in this was Administrative Assistant Brenda DeNinno, HSA Staci Rutan, LPN Monica McCube, LPN Brenda Bash, RN Maria Depew, RN Heather Miller, RN Kenny, Major Justin Baptiste, Captain Tyler Wingrove, Captain Winters, Captain Tracey, Sergenat Michael Waltmire, Correctional Officer Scvillo, Correctional Officer Reiser, Correctional Officer Samuel Collins, and Correctional Officer Tyler Sager. On numerous times Correctional Officer Reiser, Correctional Officer Samuel Collins, Major Justin Baptiste, and Captain Winters in an unprofessional manner called me a "junkie." During numerous strip search Correctional Officer Reiser told me to lift up my scrotum and testicles, he then said "no like this junkie", Correctional Officer Reiser would lifted up my scrotum and squeezing the testicles then laughed and said "turn around junkie, bend at your waste and cough." Correctional Officer Reiser forced two fingers into my anus cause me to fall on the ground and he laughed harder and said "I guess you are not hiding anything there but shit and blood." Recreation time was at 4:00 A.m to 6:00 A.m. Causing me not able to have regular contact with my Attorney, family, and friends through the use of the telephone, tablet, and Kiosk. The Correctional

Pages 3 of 4

## IV. Statement of Claim -- CON'T

## D. -- CON'T

to divert the meds. The nurses would use a flashlight to further look into our mouths after they poured the crushed medication into our mouths. The nurses would go from one MAT Inmate to the next one, however, they refused to wear any gloves at all. The nurses wait 15 minutes then use the same wooden stick to check our mouth again and then hand feed us unsalt. saltine crackers and hold a small cup with a straw, while we drank the water. The nurses that was involved in this was Administrative Assistant Brenda De Ninno, HSA Staci Rutan, LPN Monica McCube, LPN Brenda Bash, RN Maria Depew, RN Heather Miller, and RN Kenny. After this whole MAT process done, the MAT Inmates taken back down to Intake and Strip search, then take to the RHU and placed into a cage and strip search again. Then the MAT Inmates was taken back to their cells. The Correctional Officers that was involved in this was Correctional Officer Scuillo, Correctional Officer Reiser, Correctional Officer Samuel Collins, and Correctional Officer Tyler Sager. The Medical Department disregard the advise by Butler County Methydone Clinic about reducing the methydone slowly from 135 mg to 30 mg by 3-5 mg a week until all of the meth was out of my system before introdueing any subutex into my body. They forced me to have a direct withdraw and then 3 days after that gave me 16 mg of subutex and then 4 days later gave me 300mg of sublocade with methydone still in my body system. The nurses observed me daily suffering from Detox and withdrawal, making unprofessional comments to

Pages 2 of 4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies:

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Butler County Prison, 202 S. Washington St., Butler, PA 16001

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Medical Malpractice, Medical Negligence, Deliberate Indifference, and Equal Rights.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I filed the grievance at the Butler County Prison.

2.    What did you claim in your grievance?

Medical malpractice, Medical Negligence, Deliberate Indifference, and Equal Rights

3.    What was the result, if any?

There was not any results because the grievance wasn't answer by Jennifer Passarelli and/or any employee of Butler County Prison.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The grievance was not answer at all by any employee of Butler County Prison. I sent request slips to both Jennifer Passarelli and Beau Sneddon, however, they went unanswered.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:
         N/A

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed,
         when and how, and their response, if any:
         N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies. Plaintiff exhaustioned all remedies with Butler
      County Prison. Plaintiff's grievance and request slips went
      unanswered by the Butler County Prison administration and
      the Medical administration at Butler County Prison.

      *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
      administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    _____

3.  Docket or index number
    _____

4.  Name of Judge assigned to your case
    _____

5.  Approximate date of filing lawsuit
    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    09/05/2025

Signature of Plaintiff

Printed Name of Plaintiff    Michael Antony Guerriero

Prison Identification #    QQ1192

Prison Address    175 Progress Drive

Waynesburg    PA    15370

| City | State | Zip Code |

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| City | State | Zip Code |

Telephone Number

E-mail Address